STATE OF NEW JERSEY v. PRESTON L. ROBINSON.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BURNEY.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE BROWN.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. SYLVESTER WEST.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF K.G.

November 17, 1987.

Petition for certification denied.